# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
*** *** *** *** *** *** *** *** *** * * * * * **
UNITED STATES OF AMERICA        *
Plaintiff                       *
                                *   Cr. No. 15-721-002(FAB)
v.                              *
                                *
WILFREDO ELLIZ BOLIVAR          *
Defendant                       *
*** *** *** *** *** *** *** *** *** ** * * * **
```

## INFORMATIVE MOTION

TO THE HONORABLE FRANCISO A. BESOSA,
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

COMES NOW, ALEXANDRA M. NAZARIO, U.S. PROBATION OFFICER OF THIS HONORABLE COURT, and respectfully submits as follows:

On August 2, 2016, the defendant, Wilfredo Elliz Bolivar was sentenced before your honor to fifty-seven (57) months of imprisonment, followed by five (5) years of supervised release, in Cr. Case No.15-721 which charged violations of Title 46, United States Code, § 70503(a)(1), 70504 (b)(1) and 70506(a).

The court ordered the undersigned to verify the country where defendants were arrested. According to the Report of Investigations and the information provided by the FBI agent, the defendants were arrested in international waters 30 nautical miles southeast of San Andreas Island, Colombia.

In San Juan, Puerto Rico, this 2nd day of August, 2016.

Respectfully submitted,
EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

*s/Alexandra M. Nazario*
U.S. Probation Officer
Federal Office Building
150 Carlos Chardón Ave.,
San Juan, Puerto Rico 00918
(787) 545-8151
alexandra_nazario@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 2, 2016, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the respective parties.

*s/Alexandra M. Nazario*
U.S. Probation Officer
Federal Office Building
150 Carlos Chardón Ave.,
San Juan, Puerto Rico 00918
(787) 545-8151
alexandra_nazario@prp.uscourts.gov